UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:09-CR-00231(1)-AML |
| | § | |
| (1) GEOFFERY MONCADA | § | |

**ORDER REVOKING SUPERVISED RELEASE**
**AND RE-SENTENCING DEFENDANT**

On **August 09, 2010**, came on to be heard before the Court, the Government's Amended Petition to Revoke the Defendant's term of supervised release filed on **June 18, 2010**.  The defendant, **(1) GEOFFERY MONCADA**, appeared with his attorney **Juan Neri III**, and the government appeared by Assistant United States Attorney, **Benjamin Seal**, in the above-entitled and numbered criminal action.

The defendant pled not true to the Violations alleged in the Amended Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an uncontested final revocation hearing on August 09, 2010, that the defendant has violated the terms of  supervised release as alleged in the said amended  petition.  Thus, the Government's amended petition to revoke will be and is hereby **GRANTED**.

Thus, the Government's oral motion to dismiss the original petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **October 15, 2009**,  as set out in the judgment entered on **October 20, 2009**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) GEOFFERY MONCADA**  be committed to the custody of the U.S. Bureau of Prisons for a term of **NINE (9) months**, pursuant to 18 U.S.C. §

3583(e)(3) with credit for time served from June 9, 2010, forward.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **TWENTY-FIVE (25) MONTHS**. While on supervised release, the defendant shall not commit another federal, state, or local crime; shall comply with the Standard and Special Conditions of Supervised Release previously imposed.

SIGNED on this 12th day of August, 2010.

_____
ALIA MOSES LUDLUM
UNITED STATES DISTRICT JUDGE

### **RETURN**

I have executed this Revocation Order as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal